UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PACIFIC POINT CONDOMINIUM ASSOCIATION,<br><br>               Plaintiff,<br>   v.<br><br>HDI GLOBAL INSURANCE COMPANY,<br><br>               Defendant. | CASE NO. 2:23-cv-01518-LK<br><br>ORDER GRANTING MOTION TO STAY |

      This matter comes before the Court on the parties' Stipulated Motion to Stay Litigation. Dkt. No. 12. The parties request a six-month stay because a pending investigation could impact the parties' respective legal positions and lead to settlement. *Id.* at 2.

      "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936). The Court "may order a stay of the action pursuant to its power to control its docket and calendar and to provide for a just determination of the cases pending before it." *Leyva v. Certified Grocers of Cal., Ltd.*,

ORDER GRANTING MOTION TO STAY - 1

593 F.2d 857, 864 (9th Cir. 1979). In considering whether to grant a stay, courts consider several factors, including:

> the possible damage which may result from the granting of a stay, the hardship or inequity which a party may suffer in being required to go forward, and the orderly course of justice measured in terms of the simplifying or complicating of issues, proof, and questions of law which could be expected to result from a stay.

*CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962). Here, it does not appear that any damage, hardship, or inequity will result from the requested stay or that any questions of law will arise as a result of a stay. In addition, granting a stay will promote the orderly course of justice and preserve the parties' and the Court's resources.

For the foregoing reasons, the Court GRANTS the parties' stipulated motion to stay, Dkt. No. 12, STRIKES the initial case deadlines, Dkt. No. 7, STAYS this case, and ORDERS the parties to submit a joint status report on or before May 6, 2024.

Dated this 13th day of November, 2023.

*Lauren King*
Lauren King
United States District Judge

ORDER GRANTING MOTION TO STAY - 2