The Honorable Lauren King

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PACIFIC POINT CONDOMINIUM ASSOCIATION,

    Plaintiff,

v.

HDI GLOBAL INSURANCE COMPANY,

    Defendant.

No. 2:23-cv-01518-LK

**STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

**NOTE ON MOTION CALENDAR: April 22, 2025**

Pursuant to LCR 83.2(b)(1) and (2), Plaintiff Pacific Point Condominium Association and Defendant HDI Global Insurance Company ("HDI"), by and through their respective counsel, stipulate to and request the Court's approval of a substitution of counsel for HDI. Eliot M. Harris, Jennifer E. Aragon, and Williams Kastner & Gibbs PLLC, are withdrawing as counsel for HDI, and Steven P. Caplow, Nancy A. Brownstein and Davis Wright Tremaine LLP, are substituting as counsel for HDI.

Substituting counsel certifies that this motion has been served on all counsel and HDI as set forth on the certificate of service attached hereto.

IT IS SO STIPULATED.

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL (2:23-cv-01518-LK) - 1
4911-2875-4488v.1 0120672-000011

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

DATED this 22nd day of April, 2025.

I certify that this memorandum contains 102 words, in compliance with the Local Civil Rules.

| | |
|---|---|
| **GORDON TILDEN THOMAS & CORDELL LLP**<br>*Attorneys for Plaintiff Pacific Point Condominium Association*<br><br>By   */s Brendan Winslow-Nason*<br>By   */s Daniel R. Bentson*<br>**Brendan Winslow-Nason, WSBA #39328**<br>**Daniel R. Bentson, WSBA #36825**<br>600 University Street, Suite 2915<br>Seattle, WA  98101<br>Telephone:  206.467.6477<br>Email:  bwinslow-nason@gordontilden.com<br>Email:  dbentson@gordontilden.com | **DAVIS WRIGHT TREMAINE LLP**<br>*Appearing Attorneys for Defendant HDI Global Insurance Company*<br><br>By   */s Steven P. Caplow*<br>By   */s Nancy A. Brownstein*<br>**Steven P. Caplow, WSBA #19843**<br>**Nancy A. Brownstein, WSBA #50150**<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA  98104-1610<br>Telephone:  206.622.3150<br>Email:  stevencaplow@dwt.com<br>Email:  nancybrownstein@dwt.com<br><br>**WILLIAMS KASTNER & GIBBS PLLC**<br>*Withdrawing Attorneys for Defendant HDI Global Insurance Company*<br><br>By   */s Eliot M. Harris*<br>By   */s Jennifer E. Aragon*<br>**Eliot M. Harris, WSBA #36590**<br>**Jennifer E. Aragon, WSBA #45270**<br>601 Union Street, Suite 4100<br>Seattle, WA  98101-2380<br>Telephone:  206.628.6600<br>Email:  eharris@williamskastner.com<br>Email:  jaragon@williamskastner.com |

STIPULATED MOTION FOR WITHDRAWAL AND SUBSTITUTION OF COUNSEL (2:23-cv-01518-LK) - 2
4911-2875-4488v.1 0120672-000011

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## [PROPOSED] ORDER

Based on the foregoing stipulation of the parties, IT IS HEREBY ORDERED THAT:

1. Eliot M. Harris and Jennifer E. Aragon of the law firm Williams Kastner & Gibbs PLLC, are withdrawn as counsel for Defendant HDI Global Insurance Company effective as of the date of this Order; and

2. Steven P. Caplow and Nancy A. Brownstein of the law firm Davis Wright Tremaine LLP, are substituted as counsel of record for HDI Global Insurance Company in this matter effective as of the date of this Order.

IT IS SO ORDERED.

DATED this __23rd__ day of April, 2025.

_____
The Honorable Lauren King

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL (2:23-cv-01518-LK) - 3
4911-2875-4488v.1 0120672-000011

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

# CERTIFICATE OF SERVICE

The undersigned, hereby certifies that on this day she caused a copy of the foregoing document to be served on the following parties of record and defendant HDI Global Insurance Company, via email:

**Brendan Winslow-Nason, WSBA #39328**
**Daniel R. Bentson, WSBA #36825**
**GORDON TILDEN THOMAS & CORDELL LLP**
600 University Street, Suite 2915
Seattle, WA  98101
Telephone:  206.467.6477
Email:  bwinslow-nason@gordontilden.com
Email:  dbentson@gordontilden.com

*Attorneys for Plaintiff Pacific Point Condominium Association*

**Eliot M. Harris, WSBA #36590**
**Jennifer E. Aragon, WSBA #45270**
**WILLIAMS KASTNER & GIBBS PLLC**
601 Union Street, Suite 4100
Seattle, WA  98101-2380
Telephone:  206.628.6600
Email:  eharris@williamskastner.com
Email:  jaragon@williamskastner.com

*Withdrawing Attorneys for Defendant HDI Global Insurance Company*

**Inez H. Corenevsky**
**Team Lead, Assistant Vice President**
**HDI Global Insurance Company**
700 N. Brand Blvd., #400
Glendale, CA  91203
Telephone:  818.662.4365
Email:  inez.corenevsky@us.hdi.global

*Defendant HDI Global Insurance Company*

Dated this 22nd day of April, 2025 at Seattle, Washington.

/s/Nancy A. Brownstein
Nancy A. Brownstein, WSBA #50150

STIPULATED MOTION FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL (2:23-cv-01518-LK) - 4
4911-2875-4488v.1 0120672-000011

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax